AO 93 (Rev. 01/09) Search and Seizure Warrant

4

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   09-mc-51406-D
)
Google Inc. )
1600 Amphitheatre Parkway )
Mountain View, California 94043 )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Michigan_____
*(identify the person or describe the property to be searched and give its location)*:
(See Attachment A)

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

(See Attachment B)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   3/30/10
                                                                    *(not to exceed 10 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.    ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_Duty Magistrate Judge_____ .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   3/16/10  3:50p        _____
                                                     *Judge's signature*

City and state:   Detroit, Michigan            United States Magistrate Judge R. Steven Whalen
                                                     *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 09-mc-51406-D <br> 1-09-0137 | Date and time warrant executed: <br> 3/16/10 4:38 P.M. <br> 03/16/2010 4:38 p.m. | Copy of warrant and inventory left with: <br> GOOGLE <br> Google |

Inventory made in the presence of : DEA SA ROSS ROEL + USAO FI KEVIN BOUDREAU
Ross Roel, Special Agent and Kevin Boudreau, Financial Investigator USAO

Inventory of the property taken and name of any person(s) seized:

- One CD containing email communications and account information regarding: 1franknasso@gmail.com and frankiacono@gmail.com

RECEIVED VIA FEDEX ON 03/22/2010

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/30/2010

_____
Executing officer's signature
DEA SA ROSS ROEL
_____
Printed name and title

**ATTACHMENT A**

**Property to Be Searched**

1. This warrant applies to information associated with 1franknasso@gmail.com, and frankiacono@gmail.com that is stored at premises owned, maintained, controlled, or operated by Google Inc., a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.

# ATTACHMENT B

## Particular Things to be Seized

**Information to be disclosed by Google Inc:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google Inc., is required to disclose the following information to the government for each account or identifier listed in Attachment A:

The contents of all e-mails stored in the account, including copies of e-mails sent from the account;

All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

All records or other information stored by an individual using the account, including address books, contact and buddy lists, pictures, and files;

All records pertaining to communications between **Google Inc.,** and any person regarding the account, including contacts with support services and records of actions taken.

**Information to be seized by the government**

1.  All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, USC 1956 and Title 21, USC 841 and 846 involving  1franknasso@gmail.com, and frankiacono@gmail.com since March 1, 2009, including, for each account or identifier listed on Attachment A, Item number 1, information pertaining to the following matters:

   a.   **The sale of illegal drugs, money laundering and other financial crimes.**

   b.   Records relating to who created, used, or communicated with the account or identifier.